UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| REBECCA LOIS HILL | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-105 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for Supplemental Security Income under the Social Security Act. This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 16]. The plaintiff has filed objections to this report. [Doc. 17].

After careful and *de novo* consideration of the record as a whole, the plaintiff's objections, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for summary judgment filed by the plaintiff is **DENIED**, [Doc.10], the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 14], and the plaintiff's complaint is **DISMISSED**.

      ENTER:

                                                                   s/J. RONNIE GREER
                                                  UNITED STATES DISTRICT JUDGE